IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LINFO IP, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>VUORI, INC.,<br><br>*Defendant.* | §<br>§<br>§<br>§ Case No. 6:22-CV-01290-ADA<br>§<br>§<br>§<br>§ |

## ORDER TO SHOW CAUSE

The Plaintiff filed a Case Readiness status Report on April 21, 2023. ECF No. 15. No Scheduling Order has been filed in this case since then.

The Plaintiff is hereby **ORDERED** to explain—within one week—the absence of a filing of a motion to enter an agreed Scheduling Order in accordance with the Court's OGP and why the Court should not dismiss this case for want of prosecution. The Plaintiff is hereby notified that, in the absence of a reasonable explanation, the Court may *sua sponte* dismiss this case without prejudice.

SIGNED this 3rd day of August, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE